■ Scott M. Cracolici et al., Respondents, v Joseph J. Lassiter et al., Appellants, et al., Defendants. [868 NYS2d 905]

The movants failed to make a prima facie showing that the plaintiff Scott M. Cracolici (hereinafter the injured plaintiff) did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler,* 79 NY2d 955, 956-957 [1992]). Since the movants failed to meet their initial burden, their motion for summary judgment should have been denied without regard to the sufficiency of the opposing papers (*see Hughes v Cai*, 31 AD3d 385, 385-386 [2006]; *see also Coscia v 938 Trading Corp.*, 283 AD2d 538 [2001]). Fisher, J.P., Lifson, Covello, Balkin and Belen, JJ., concur.